# United States Court of Appeals
## For the First Circuit

No. 18-1559

MARK R. THOMPSON; BETH A. THOMPSON,

Plaintiffs, Appellants,

v.

JP MORGAN CHASE, N.A.,

Defendant, Appellee.

Before

Howard, Chief Judge,
Torruella, Boudin, Lynch,* Thompson, Kayatta, and Barron,* Circuit Judges.

**ORDER OF COURT**

**Entered: July 29, 2019**

In light of the July 29, 2019 order withdrawing this court's opinion of February 8, 2019 and vacating the judgment, Appellee JPMorgan Chase Bank, N.A.'s petition for panel rehearing and rehearing en banc is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Rya W. Zobel
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Francis V. Kenneally, Clerk, Massachusetts Supreme Judicial Court
Todd Steven Dion
Jeffrey D. Adams
Alan Evan Schoenfeld

---

* Judge Lynch and Judge Barron are recused and did not participate in this matter.

Juan S. Lopez
Francis J. Nolan
Richard A. Oetheimer
Keith A. Mitchell
David S. Kantrowitz
Michael R. Hagopian
Donald W. Seeley Jr.
Erika J. Hoover
Gregory N. Blase
Andrew C. Glass
Marissa I. Delinks
Samuel Craig Bodurtha